IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR211 |
| | ) | |
| v. | ) | |
| | ) | |
| LAMONTE BERTUCCI, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue (Filing No. 55). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that a dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 40) is rescheduled for:

**Friday, February 24, 2012, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 1st day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court