IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:08CR211 |
| | ) | |
| v. | ) | |
| | ) | |
| LAMONTE BERTUCCI, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the 10th day of July, 2012, the defendant appeared with his counsel, Shannon P. O'Connor, to answer the Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 67). The United States was represented by Michael P. Norris. The defendant admitted to allegation 3 except the language reciting his purported statements to the responding police officers. The Court accepted the admission and found that the defendant had violated his supervised release. Allegations 1 and 2 were dismissed by the United States.

The Court revoked the defendant's term of supervised release. After receiving allocution from the defendant and counsel, the Court proceeded to sentencing.

IT IS ORDERED that defendant be committed to the custody of the United States Bureau of Prisons for a term of 14 months. The sentence shall run consecutive to the state sentence the defendant is currently serving at the Nebraska Department of Corrections. After his release from the Bureau of Prisons, the defendant will be placed back on supervised release for 22 months on the same conditions originally imposed on the defendant.

DATED this 12th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

                                      _____
                                      Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

                                      UNITED STATES WARDEN

                                      By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

                                      UNITED STATES WARDEN

                                      By: _____